1  Reed R. Kathrein (139304)
   Peter E. Borkon (212596)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   Telephone: (510) 725-3000
4  Facsimile: (510) 725-3001
   reed@hbsslaw.com
5  peterb@hbsslaw.com

6  Attorneys for Plaintiffs

7  [Additional counsel listed on signature page]

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  ROBERT LEVIN and KARL KYZER, on Behalf      No. 08-cv-02487 WHA
    of Themselves and all Others Similarly Situated,
13                                              APPLICATION OF ERIN K. FLORY
                              Plaintiffs,       FOR ADMISSION OF ATTORNEY
14                                              *PRO HAC VICE*
         v.
15
    THE CHARLES SCHWAB CORPORATION,
16  CHARLES SCHWAB & CO. INC., CHARLES
    SCHWAB INVESTMENT MANAGEMENT,
17  INC., CHARLES R. SCHWAB, EVELYN
    DILSAVER, RANDALL W. MERK, MARIANN
18  BYERWALTER, DONALD F. DORWARD,
    WILLIAM A. HASLER, ROBERT G. HOLMES,
19  GERALD B. SMITH, DONALD R. STEPHENS
    and MICHAEL W. WILSEY,
20
                              Defendants.       Action filed: May 15, 2008
21

22

23

24

25

26

27

28

010036-13 242229 V1

FILED
08 MAY 29 AM 11: 35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| 1 | Pursuant to Civil L.R. 11-3, ERIN K. FLORY, an active member in good standing of the |
| 2 | bar of Washington, hereby applies for admission to practice in the Northern District of California |
| 3 | on a *pro hac vice* basis representing Plaintiffs Robert Levin and karl Kyzer in the above-entitled |
| 4 | action. |
| 5 | In support of this application, I certify on oath that: |
| 6 | 1.    I am an active member in good standing of a United States Court or of the highest |
| 7 | court of another State or the District of Columbia, as indicated above; |
| 8 | 2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local |
| 9 | Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar |
| 10 | with the Local Rules and the Alternative Dispute Resolution programs of this Court; and, |
| 11 | 3.    An attorney who is a member of the bar of this Court in good standing and who |
| 12 | maintains an office within the State of California has been designated as co-counsel in the above- |
| 13 | entitled action. The name, address and telephone number of that attorney is: |

>             Reed R. Kathrein (139304)
>             HAGENS BERMAN SOBOL SHAPIRO LLP
>             715 Hearst Avenue, Suite 202
>             Berkeley, CA 94710
>             Telephone: (510) 725-3000
>             Facsimile: (510) 725-3001

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of May, 2008, at Seattle, Washington.

Dated: May 28, 2008

ERIN K. FLORY

APPLICATION OF ERIN K. FLORY FOR ADMISSION OF         - 1 -
ATTORNEY *PRO HAC VICE* – NO. 08-cv-02487 WHA
010036-13 242229 V1

1  Reed R. Kathrein (139304)
   Peter E. Borkon (212596)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   Telephone: (510) 725-3000
4  Facsimile: (510) 725-3001
   reed@hbsslaw.com
5  peterb@hbsslaw.com

6  Attorneys for Plaintiffs

7  [Additional counsel listed on signature page]

8

9                     UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12 | ROBERT LEVIN and KARL KYZER, on Behalf of Themselves and all Others Similarly Situated, | No. 08-cv-02487 WHA
13 | | [PROPOSED] ORDER GRANTING ERIN K. FLORY ADMISSION OF ATTORNEY *PRO HAC VICE*
   | Plaintiffs, |
14 | |
15 | v. |
16 | THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, MARIANN BYERWALTER, DONALD F. DORWARD, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS and MICHAEL W. WILSEY, |
20 | Defendants. | Action filed: May 15, 2008

RECEIVED
08 MAY 29 AM 11:35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

010036-13 242240 V1

1 | ERIN K. FLORY, an active member in good standing of the bar of the State of
2 | Washington, whose business address and telephone number is:

> Hagens Berman Sobol Shapiro LLP
> 1301 Fifth Avenue, Suite 2900
> Seattle, WA, 98101
> Telephone: (206) 268-9332

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Robert Levin and Karl Kyzer.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE