```
 1   Reed R. Kathrein (139304)
     Peter E. Borkon (212596)
 2   HAGENS BERMAN SOBOL SHAPIRO LLP
     715 Hearst Avenue, Suite 202
 3   Berkeley, CA 94710
     Telephone: (510) 725-3000
 4   Facsimile: (510) 725-3001
     reed@hbsslaw.com
 5   peterb@hbsslaw.com

 6   Attorneys for Plaintiffs

 7   [Additional counsel listed on signature page]

 8

 9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION
```

**FILED**
08 MAY 29 AM 11: 35
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEVIN and KARL KYZER, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, MARIANN BYERWALTER, DONALD F. DORWARD, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS and MICHAEL W. WILSEY,<br><br>Defendants. | No. 08-cv-02487 WHA<br><br>APPLICATION OF STEVE W. BERMAN FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Action filed: May 15, 2008 |

010036-13 242214 V1

1    Pursuant to Civil L.R. 11-3, STEVE W. BERMAN, an active member in good standing of
2    the bar of Washington, hereby applies for admission to practice in the Northern District of
3    California on a *pro hac vice* basis representing Plaintiffs Robert Levin and karl Kyzer in the above-
4    entitled action.
5    In support of this application, I certify on oath that:
6    1.    I am an active member in good standing of a United States Court or of the highest
7    court of another State or the District of Columbia, as indicated above;
8    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
9    Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
10   with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,
11   3.    An attorney who is a member of the bar of this Court in good standing and who
12   maintains an office within the State of California has been designated as co-counsel in the above-
13   entitled action. The name, address and telephone number of that attorney is:

Reed R. Kathrein (139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001

18   I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th
19   day of May, 2008, at Seattle, Washington.

22   Dated: 5/28/08                              _____
                                                  STEVE W. BERMAN

APPLICATION OF STEVE W. BERMAN FOR ADMISSION OF    - 1 -
ATTORNEY *PRO HAC VICE* – NO. 08-cv-02487 WHA
010036-13 242214 V1

| | |
|---|---|
| 1 | Reed R. Kathrein (139304) |
| | Peter E. Borkon (212596) |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 715 Hearst Avenue, Suite 202 |
| 3 | Berkeley, CA 94710 |
| | Telephone: (510) 725-3000 |
| 4 | Facsimile: (510) 725-3001 |
| | reed@hbsslaw.com |
| 5 | peterb@hbsslaw.com |

RECEIVED

08 MAY 29 AM 11: 35

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT LEVIN and KARL KYZER, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, MARIANN BYERWALTER, DONALD F. DORWARD, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS and MICHAEL W. WILSEY,<br><br>Defendants. | No. 08-cv-02487 WHA<br><br>[PROPOSED] ORDER GRANTING STEVE W. BERMAN ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br><br><br><br><br><br><br><br><br>Action filed: May 15, 2008 |

010036-13 242236 V1

1  STEVE W. BERMAN, an active member in good standing of the bar of the State of
2  Washington, whose business address and telephone number is:

3  Hagens Berman Sobol Shapiro LLP
   1301 Fifth Avenue, Suite 2900
4  Seattle, WA, 98101
   Telephone: (206) 268-9332

5  having applied in the above-entitled action for admission to practice in the Northern District of
6  California on a *pro hac vice* basis, representing Plaintiffs Robert Levin and Karl Kyzer.

7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*
9  *vice*. Service of papers upon and communication with co-counsel designed in the application will
10 constitute notice to the party. All future filings in this action are subject to the requirements
11 contained in General Order No. 45, *Electronic Case Filing*.

12

13
   Dated: _____
14

15 _____
   WILLIAM H. ALSUP
16 UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STEVE W. BERMAN         - 1 -
ADM. OF ATTY *PRO HAC VICE* – NO. 08-cv-02487 WHA
010036-13 242236 V1