Reed R. Kathrein (139304)
Peter E. Borkon (212596)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
peterb@hbsslaw.com

Attorneys for Plaintiffs

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT LEVIN and **KARL KYZER**, on Behalf of Themselves and all Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>  v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, MARIANN BYERWALTER, DONALD F. DORWARD, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS and MICHAEL W. WILSEY,<br><br>                  Defendants. | No. 08-cv-02487 WHA<br><br>PLAINTIFFS ROBERT LEVIN AND KARL KYZER'S STATEMENT OF NON-OPPOSITION TO MOTION TO RELATE CASES<br><br><br><br><br><br><br><br>Action filed: May 15, 2008 |

010036-13 243203 V1

1    Defendants move pursuant to Local Rule 3-12(b) for a determination that the *Levin v. The*
2    *Charles Schwab Corporation, et al.,* Case No. 08-cv-02487 WHA ("*Levin*") is related to *Labins v.*
3    *The Charles Schwab Corporation, et al.*, Case No. 08-cv-01510 WHA ("*Labins*"); *Hageman v.*
4    *The Charles Schwab Corporation, et al.*, Case No. 08-cv-01733 WHA ("*Hageman*"); *Glasgow v.*
5    *The Charles Schwab Corporation, et al.*, Case No. 08-cv-01936 WHA ("*Glasgow*"); *Flanzraich*
6    *v. The Charles Schwab Corporation, et al.,* Case No. 08-cv-01994 WHA ("*Flanzraich*"); and
7    *Vinayak R. Pai Defined Benefits Pension Plan v. The Charles Schwab Corporation, et al.*, Case
8    No. 08-cv-02058 WHA ("*Pai*") within the meaning of Civil Local Rule 3-12(a). While
9    Defendants claim to have complied with Local Rule 7-11 by attempting to obtain a stipulation
10   from all counsel, the undersigned attorney has no record of such an e-mail and was out of the
11   country when an e-mail was apparently sent.

12   Nevertheless, Plaintiffs Levin and Kyzer agree that the case should be related, but not
13   consolidated, at least not at this time. The actions cover many of the same events and have
14   overlapping classes. While the *Labins, Hageman, Glasglow, Flanzraich* and *Pai* cases are based
15   on the Securities Act of 1933 (15 U.S.C. §§ 77k, 77i and 77c) claims, *Levin* is based on the
16   Investment Company Act of 1940 (15 U.S. C. § 80a-43; 28 U.S.C. §§ 1331, 1332(d)(2) and
17   1367) and state law claims.

18   Relation before the same judge would be efficient and avoid duplication.

19   Accordingly, Plaintiffs Levin and Kyzer do not oppose Defendants' request that this
20   Court enter an order relating the *Levin* action to the *Labins*, *Hageman*, *Glasgow*, *Flanzraich*
21   and *Pai* actions.

22   Dated: June 3, 2008                    HAGENS BERMAN SOBOL SHAPIRO LLP

24                                          By  _____/s/ Reed R. Kathrein_____
25                                               REED R. KATHREIN (139304)

26                                          Peter E. Borkon (212596)
                                            715 Hearst Avenue, Suite 202
27                                          Berkeley, CA 94710
                                            Telephone: (510) 725-3000
28                                          Facsimile: (510) 725-3001

PLS. LEVIN AND KYZER'S STATEMENT OF NON-OPP'N       - 1 -
TO MOT. TO RELATE CASES – NO. 08-cv-2487 WHA
010036-13  243203 V1

| | |
|---|---|
| 1 | reed@hbsslaw.com |
| | peterb@hbsslaw.com |
| 2 | |
| | Steve W. Berman |
| 3 | Erin K. Flory |
| | Sean Matt |
| 4 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 1301 Fifth Avenue, Suite 2900 |
| 5 | Seattle, WA 98101 |
| | Telephone:  (206) 623-7292 |
| 6 | Facsimile:  (206) 623-0594 |
| 7 | steve@hbsslaw.com |
| | erin@hbsslaw.com |
| 8 | sean@ hbsslaw.com |
| 9 | |
| | Dave Gaba |
| 10 | COMPASS LAW GROUP PLLC |
| | 1200 Fifth Avenue, Suite 1900 |
| 11 | Seattle, WA 98101 |
| | Telephone: (206) 467-7026 |
| 12 | |
| | Attorneys for Plaintiffs |

PLS. LEVIN AND KYZER'S STATEMENT OF NON-OPP'N      - 2 -
TO MOT. TO RELATE CASES – NO. 08-cv-2487 WHA
010036-13 243203 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

          /s/ Reed R. Kathrein
          REED R. KATHREIN

PLS. LEVIN AND KYZER'S STATEMENT OF NON-OPP'N    - 3 -
TO MOT. TO RELATE CASES – NO. 08-cv-2487 WHA
010036-13  243203 V1

# Mailing Information for a Case 3:08-cv-02487-WHA

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter E. Borkon**
  peterb@hbsslaw.com

- **Reed R. Kathrein**
  reed@hbsslaw.com,nancyq@hbsslaw.com,sf_filings@hbsslaw.com

## Manual Notice List

The following is the list of attorneys who are **not**
on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)