1  Reed R. Kathrein (139304)
   Peter E. Borkon (212596)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202
3  Berkeley, CA 94710
   Telephone: (510) 725-3000
4  Facsimile: (510) 725-3001
   reed@hbsslaw.com
5  peterb@hbsslaw.com

6  Attorneys for Plaintiffs

7  [Additional counsel listed on signature page]

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  ROBERT LEVIN and KARL KYZER, on Behalf       No. 08-cv-02487 WHA
    of Themselves and all Others Similarly Situated,
13                                               [REVISED] [PROPOSED] ORDER
                          Plaintiffs,            GRANTING ERIN K. FLORY
14                                               ADMISSION OF ATTORNEY PRO
         v.                                      HAC VICE
15
    THE CHARLES SCHWAB CORPORATION,
16  CHARLES SCHWAB & CO. INC., CHARLES
    SCHWAB INVESTMENT MANAGEMENT,
17  INC., CHARLES R. SCHWAB, EVELYN
    DILSAVER, RANDALL W. MERK, MARIANN
18  BYERWALTER, DONALD F. DORWARD,
    WILLIAM A. HASLER, ROBERT G. HOLMES,
19  GERALD B. SMITH, DONALD R. STEPHENS
    and MICHAEL W. WILSEY,
20
                          Defendants.
21                                               Action filed: May 15, 2008

E-filing

1  ERIN K. FLORY, an active member in good standing of the United States District Court
2  for the Western District of Washington, whose business address and telephone number is:
3  
      Hagens Berman Sobol Shapiro LLP
      1301 Fifth Avenue, Suite 2900
4        Seattle, WA, 98101
      Telephone: (206) 268-9332
5  
6  having applied in the above-entitled action for admission to practice in the Northern District of
7  California on a *pro hac vice* basis, representing Plaintiffs Robert Levin and Karl Kyzer.
    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*
9  *vice*. Service of papers upon and communication with co-counsel designed in the application will
10 constitute notice to the party. All future filings in this action are subject to the requirements
11 contained in General Order No. 45, *Electronic Case Filing*.
12 
13 Dated: June 3, 2008.
14 
15                                     WILLIAM H. ALSUP
                                    UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING ERIN K. FLORY ADM. OF - 1 -
ATTY *PRO HAC VICE* NO. 08-cv-02487 WHA
010036-13 242240 V1