```
 1  Reed R. Kathrein (139304)
    Peter E. Borkon (212596)
 2  HAGENS BERMAN SOBOL SHAPIRO LLP         E-filing
    715 Hearst Avenue, Suite 202
 3  Berkeley, CA 94710
    Telephone: (510) 725-3000
 4  Facsimile: (510) 725-3001
    reed@hbsslaw.com
 5  peterb@hbsslaw.com

 6  Attorneys for Plaintiffs

 7  [Additional counsel listed on signature page]

 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT LEVIN and KARL KYZER, on Behalf of Themselves and all Others Similarly Situated, | No. 08-cv-02487 WHA |
| Plaintiffs, | [REVISED] [PROPOSED] ORDER GRANTING STEVE W. BERMAN ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, MARIANN BYERWALTER, DONALD F. DORWARD, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS and MICHAEL W. WILSEY, | |
| Defendants. | Action filed: May 15, 2008 |

010036-13 242236 V1

STEVE W. BERMAN, an active member in good standing of the United States District Court for the Western District of Washington, whose business address and telephone number is:

> Hagens Berman Sobol Shapiro LLP
> 1301 Fifth Avenue, Suite 2900
> Seattle, WA, 98101
> Telephone: (206) 268-9332

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs Robert Levin and Karl Kyzer.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 3, 2008.

WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STEVE W. BERMAN            - 1 -
ADM. OF ATTY *PRO HAC VICE* – NO. 08-cv-02487 WHA
010036-13 242236 V1