```
                                              FILED
1  Reed R. Kathrein (139304)              08 JUN -2 PM 1:08
   Peter E. Borkon (212596)
2  HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Hearst Avenue, Suite 202           CLERK, U.S. DISTRICT COURT
3  Berkeley, CA 94710                     NORTHERN DISTRICT OF CALIFORNIA
   Telephone: (510) 725-3000
4  Facsimile: (510) 725-3001
   reed@hbsslaw.com
5  peterb@hbsslaw.com

6  Attorneys for Plaintiffs

7  [Additional counsel listed on signature page]
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT LEVIN and KARL KYZER, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, MARIANN BYERWALTER, DONALD F. DORWARD, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS and MICHAEL W. WILSEY,<br><br>Defendants. | No. 08-cv-02487 WHA<br><br>**[REVISED]** APPLICATION OF ERIN K. FLORY FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br><br><br><br><br><br><br><br><br>Action filed: May 15, 2008 |

010036-13 242229 V1

1    Pursuant to Civil L.R. 11-3, ERIN K. FLORY, an active member in good standing of the
2    United States District for the Western District of Washington, hereby applies for admission to
3    practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs Robert
4    Levin and karl Kyzer in the above-entitled action.
5    In support of this application, I certify on oath that:
6    1.    I am an active member in good standing of a United States Court or of the highest
7    court of another State or the District of Columbia, as indicated above;
8    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
9    Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar
10   with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,
11   3.    An attorney who is a member of the bar of this Court in good standing and who
12   maintains an office within the State of California has been designated as co-counsel in the above-
13   entitled action. The name, address and telephone number of that attorney is:

> Reed R. Kathrein (139304)
> HAGENS BERMAN SOBOL SHAPIRO LLP
> 715 Hearst Avenue, Suite 202
> Berkeley, CA 94710
> Telephone: (510) 725-3000
> Facsimile: (510) 725-3001

18   I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th
19   day of May, 2008, at Seattle, Washington.

22   Dated: May 30, 2008

ERIN K. FLORY

APPLICATION OF ERIN K. FLORY FOR ADMISSION OF       - 1 -
ATTORNEY *PRO HAC VICE* – NO. 08-cv-02487 WHA
010036-13 242229 V1

| | |
|---|---|
| 1 | Reed R. Kathrein (139304) |
|   | Peter E. Borkon (212596) |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP |
|   | 715 Hearst Avenue, Suite 202 |
| 3 | Berkeley, CA 94710 |
|   | Telephone: (510) 725-3000 |
| 4 | Facsimile: (510) 725-3001 |
|   | reed@hbsslaw.com |
| 5 | peterb@hbsslaw.com |
| 6 | Attorneys for Plaintiffs |
| 7 | [Additional counsel listed on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT LEVIN and KARL KYZER, on Behalf of Themselves and all Others Similarly Situated, | No. 08-cv-02487 WHA |
| Plaintiffs, | **[REVISED]** [PROPOSED] ORDER GRANTING ERIN K. FLORY ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| THE CHARLES SCHWAB CORPORATION, CHARLES SCHWAB & CO. INC., CHARLES SCHWAB INVESTMENT MANAGEMENT, INC., CHARLES R. SCHWAB, EVELYN DILSAVER, RANDALL W. MERK, MARIANN BYERWALTER, DONALD F. DORWARD, WILLIAM A. HASLER, ROBERT G. HOLMES, GERALD B. SMITH, DONALD R. STEPHENS and MICHAEL W. WILSEY, | |
| Defendants. | Action filed: May 15, 2008 |

010036-13  242240 V1

1   ERIN K. FLORY, an active member in good standing of the United States District Court

2   for the Western District of Washington, whose business address and telephone number is:

3           Hagens Berman Sobol Shapiro LLP
        1301 Fifth Avenue, Suite 2900

4           Seattle, WA, 98101
        Telephone: (206) 268-9332

5   having applied in the above-entitled action for admission to practice in the Northern District of

6   California on a *pro hac vice* basis, representing Plaintiffs Robert Levin and Karl Kyzer.

7      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

8   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

9   *vice*. Service of papers upon and communication with co-counsel designed in the application will

10  constitute notice to the party. All future filings in this action are subject to the requirements

11  contained in General Order No. 45, *Electronic Case Filing*.

12

13  Dated: _____

14

15                                             WILLIAM H. ALSUP
                                           UNITED STATES DISTRICT JUDGE

16

[PROPOSED] ORDER GRANTING ERIN K. FLORY ADM. OF   - 1 -
ATTY *PRO HAC VICE* – NO. 08-cv-02487 WHA
010036-13 242240 V1