IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT LEVIN, et al.,                          No. C 08-02487 WHA

       Plaintiff,

  v.                                       **CLERK'S NOTICE RESCHEDULING HEARING**

CHARLES SCHWAB CORP., et al.,

       Defendant.
_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

       YOU ARE NOTIFIED THAT the Case Management Conference previously set for August 21, 2008 at 11:00 a.m. has been rescheduled for **July 2, 2008 at 9:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Dated: June 6, 2008                                   FOR THE COURT,

                                                               Richard W. Wieking, Clerk

                                                              By: _____
                                                                 Dawn Toland
                                                                Courtroom Deputy to the
                                                                Honorable William Alsup