UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE CHARLES SCHWAB CORP. SECURITIES LITIGATION | No. 08-cv-01510 WHA |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | [~~PROPOSED~~] FINAL JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>Date Action Filed: March 18, 2008 |

010036-12 365488 V1

1      This matter came before the Court for hearing pursuant to this Court's May 26, 2010 Order
2  Granting Preliminarily Approving Settlement and Providing Notice (the "Preliminary Approval
3  Order"), on the Unopposed Motion of the Lead Plaintiffs for approval of the settlement set forth in
4  the April 23, 2010 Stipulation of Settlement (the "Stipulation").  Due and adequate notice having
5  been given of the settlement as required in the Preliminary Approval Order, and the Court having
6  considered all papers filed and proceedings held herein and otherwise being fully informed in the
7  premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED AND
8  DECREED that:
9      1.   This Judgment incorporates by reference the definitions in the Stipulation, and all
10  terms used herein shall have the same meanings set forth in the Stipulation.
11     2.   This Court has jurisdiction over the subject matter of the Litigation and over all
12  Settling Parties, including all Class Members.
13     3.   The Litigation and all claims contained therein, including all of the Released
14  Claims, are dismissed with prejudice as to the Lead Plaintiffs and the other Class Members, and as
15  against each and all of the Released Persons.  The Settling Parties are to bear their own costs,
16  except as otherwise provided in the Stipulation.
17     4.   Pursuant to Rule 23 of the Federal Rules of Civil Procedure, this Court hereby
18  approves the Settlement set forth in the Stipulation and finds that said Settlement is, in all respects,
19  fair, reasonable and adequate to, and is in the best interests of, the Lead Plaintiffs, the Federal
20  Classes and each of the Class Members.  This Court further finds the Settlement set forth in the
21  Stipulation is the result of arm's-length negotiations between experienced counsel representing the
22  interests of the Lead Plaintiffs, the Class Members and the Defendants.  Accordingly, the
23  Settlement embodied in the Stipulation is hereby approved in all respects and shall be
24  consummated in accordance with its terms and provisions.  The Settling Parties are hereby directed
25  to perform the terms of the Stipulation.
26     5.   Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court hereby
27  confirms the certification of the Federal Classes.  Excluded from the Federal Classes are
28  Defendants, members of the immediate families of the Individual Defendants, directors and

1   officers of Defendants, and the legal representatives, heirs, administrators, successors, or assigns of
2   any such excluded Person.  Also excluded from the Class are those Persons who timely and validly
3   requested exclusion from the Class pursuant to the previous Notice of Pendency of Class Action.

4   6. Upon the Effective Date, the Lead Plaintiffs and each of the Class Members shall be
5   deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released,
6   relinquished and discharged all Released Claims against the Released Persons.

7   7. Upon the Effective Date, all Class Members and anyone claiming through or on
8   behalf of any of them, will be forever barred and enjoined from commencing, instituting,
9   prosecuting, or continuing to prosecute any action or other proceeding in any court of law or
10  equity, arbitration tribunal, or administrative forum, asserting the Released Claims against any of
11  the Released Persons.

12  8. Upon the Effective Date, each of the Defendants shall be deemed to have, and by
13  operation of this Judgment shall have, fully, finally, and forever released, relinquished and
14  discharged the Lead Plaintiffs, each and all of the Class Members, and Lead Counsel from all
15  claims arising out of, relating to, or in connection with the institution, prosecution, assertion,
16  settlement or resolution of the Litigation or the Released Claims.

17  9. The distribution of the Notice of Pendency and Proposed Settlement of Class Action
18  and the publication of the Summary Notice as provided for in the Preliminary Approval Order
19  constituted the best notice practicable under the circumstances, including individual notice to all
20  Members of the Class who could be identified through reasonable effort.  Said Notice provided the
21  best notice practicable under the circumstances of those proceedings and of the matters set forth
22  therein, including the proposed Settlement set forth in the Stipulation, to all Persons entitled to
23  such notice, and said Notice fully satisfied the requirements of Federal Rule of Civil Procedure 23,
24  the requirements of due process, and any other applicable law.

25  10. Any plan of allocation or distribution submitted by Lead Counsel or any order
26  entered regarding    a Fee and Expense Application shall in no way disturb or affect this
27  Judgment and shall be considered separate from this Judgment.

28

1  11. Neither this Stipulation, nor any of its terms or provisions, nor any of the negotiations or proceedings connected with it, shall be construed as an admission or concession by Defendants of the truth of any of the allegations in the Litigation, or of any liability, fault, or wrongdoing of any kind.  Neither this Stipulation, nor any of its terms or provisions, nor any of the negotiations or proceedings connected with it, shall be referred to, offered as evidence, or received in evidence in any pending or future civil, criminal, or administrative action or proceeding, except in a proceeding to enforce this Stipulation, to defend against the assertion of the Released Claims, or as otherwise required by law.

12. Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over (a) implementation of this Settlement and any award or distribution of the Settlement Fund, including interest earned thereon; (b) disposition of the Settlement Fund; (c) hearing and determining applications for attorneys' fees and expenses in the Litigation; and (d) all parties hereto for the purpose of construing, enforcing and administering the Stipulation, until December 31, 2012.

13. The Court finds that during the course of the Litigation, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

14. If the Effective Date does not occur, or in the event the Settlement is terminated or fails to become effective for any reason, the terms and provisions of the Stipulation shall have no further force and effect with respect to the Settling Parties, with the exception of ¶¶ 1.1-1.39, 3.7, 3.8, 3.9, 4.9, 4.10, 6.2, 6.3, 6.4, 7.1, 7.3, 7.4, and 7.5 of the Stipulation, and shall not be used in the Litigation or in any other proceeding for any purpose, and any judgment or order entered by the Court in accordance with the terms of this Stipulation shall be vacated as *nunc pro tunc*.

**The Clerk shall close the file.**
**IT IS SO ORDERED.**

DATED:   April 19, 2011.

_____
HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE